THE TOWN OF EAST HARTFORD, PLAINTIFF IN ERROR, v. THE HART-
FORD BRIDGE COMPANY.

The decision in the preceding case, between the same parties, affirmed.

IN error to the Supreme Court of Errors for the State of
Connecticut.

The facts in this case are the same as in the preceding. It
was argued by the same counsel and at the same time.

Mr. Justice WOODBURY delivered the opinion of the court.

This case has been settled by the opinion just delivered in
the writ of error on the bill in chancery.

This action was at law, for damages caused by the town of
East Hartford in continuing to use the ferry to the injury of
the bridge company, after it had been twice discontinued by
the legislature. Having no legal right to do this, as has been
already decided, East Hartford is liable for those damages on
the ground explained in the other case, and the judgment be-
low must therefore be affirmed.

### Order.

This cause came on to be heard on the transcript of the rec-
ord from the Supreme Court of Errors within and for the State
of Connecticut, and was argued by counsel. On consideration
whereof, it is now here ordered and adjudged by this court,
that the judgment of the said Supreme Court in this cause
be, and the same is hereby, affirmed, with costs and damages
at the rate of six per centum per annum.